# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION, d/b/a UNITED AQUA GROUP, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MYSTIC POOL SUPPLIES, LLC DBA MYSTIC POOL SUPPLIES & SERVICE, a New Jersey limited liability company; JAY KELLERS, an individual,<br><br>Defendants. | Civil Action No. 2:24-cv-00909-RFB-DJA<br><br>**DEFAULT JUDGMENT** |

It appearing from the records in the above-entitled cause that the Summons issued on the Complaint filed on May 14, 2024, having been regularly served on the Defendants Mystic Pool Supplies, LLC dba Mystic Pool Supplies & Service, and Jay Kellers (collectively, "**Defendants**"), and it appearing from the declaration of counsel and the Court's records that said Defendants have failed to plead or otherwise defend in this action as required by the Federal Rules of Civil Procedure.

An application having been duly made by Plaintiff Aquatech Corporation d/b/a United Aqua Group ("**Plaintiff**") for Default Judgment pursuant to Federal Rule of Civil Procedure 55, and it appearing that Defendants are not minors, incompetent persons, or in military service, it is therefore,

ORDERED Plaintiff Aquatech Corporation d/b/a United Aqua Group is granted Default Judgment in its favor on Counts I and III and against Defendants Mystic Pool Supplies, LLC dba Mystic Pool Supplies & Service and Jay Kellers in the total amount of $277,573.07, consisting of the principal amount of $164,841.23; pre-judgment interest at the

rate of one and one/half percent (1.5%) per month, or eighteen percent (18%) per annum, as provided for in Paragraph 15(b) of the UAG Ownership Agreement that is the subject of this lawsuit, in the amount of $112,731.84, and which has accrued since May 1, 2023; and post-judgment interest at the rate of one and one/half percent (1.5%) per month, or eighteen percent (18%) per annum, as provided for in said Agreement.

IT IS FURTHER ORDERED Plaintiff's Count II (Unjust Enrichment) is dismissed, without prejudice.

IT IS FURTHER ORDERED any Motion for Attorney's Fees and Costs must be made within twenty-one (21) days of the entry of this Order.

The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

DATED: March 26, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

- 2 -

4896-9554-1913v1