AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Aquatech Corporation doing business as
United Aqua Group,

               Plaintiff,

    v.

Mystic Pool Supplies, LLC doing business
as Mystic Pool Supplies & Service et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:24-cv-00909-RFB-DJA

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

DEFAULT JUDGMENT is entered in favor of Plaintiff, Aquatech Corporation doing business as United Aqua Group, on Counts I and III and against Defendants, Mystic Pool Supplies, LLC dba Mystic Pool Supplies & Service and Jay Kellers, in the total amount of $277,573.07, consisting of the principal amount of $164,841.23; pre-judgment interest at the rate of one and one/half percent (1.5%) per month, or eighteen percent (18%) per annum, as provided for in Paragraph 15(b) of the UAG Ownership Agreement that is the subject of this lawsuit, in the amount of $112,731.84, and which has accrued since May 1, 2023; and post-judgment interest at the rate of one and one/half percent (1.5%) per month, or eighteen percent (18%) per annum, as provided for in said Agreement.

Plaintiff's Count II (Unjust Enrichment) is dismissed without prejudice.

03/26/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk



/s/ RJDG
_____
Deputy Clerk